Christopher Boyle, Appellant, v. Mallory Steamship Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.; Page, J., dissented.

Annie Farley, as Administratrix, etc., Appellant, v. Peter J. Carey and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Mary Canepari, as Administratrix, etc., Respondent, v. Bernheimer & Schwartz Pilsener Brewing Company, Inc., Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $18,000, in which event judgment as so modified and order affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling and Davis, JJ.

Warner-Godfrey Company, Respondent, v. Triangle Waist Company, Inc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Vincent M. Geohegan, Respondent, v. Bronston Bros. & Co., Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

The People of the State of New York, on Complaint of John P. Barron, Respondent, v. George Harrington and George Franklin, Appellants.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.; Dowling, J., dissented.

Mary M. O'Loughlin, Respondent, v. Beverwyck Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling and Davis, JJ.

The People of the State of New York, Respondent, v. Louis November, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

John Ziemborak, Appellant, v. The City of New York, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

The People of the State of New York, Respondent, v. Arthur Schmidt, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Mary Kane, Appellant, v. Morris Golde, Respondent, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

In the Matter of the Judicial Settlement of the Accounts of Sigmund J. Spiehler, as Executor, etc., Appellant. Francis X. Bader, Respondent.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.